230 So.2d 834

**STATE of Louisiana ex rel. Lawrence HENDERSON**

v.

**C. Murray HENDERSON, Warden, Louisiana State Penitentiary.**

**No. 50372.**

Feb. 13, 1970.

In re: Lawrence Henderson applying for writ of habeas corpus.

Writs refused. The showing made does not warrant the exercise of either our original or supervisory jurisdiction.

230 So.2d 834

**MARYLAND NATIONAL INSURANCE COMPANY**

v.

**Honorable Jim GARRISON, District Attorney in and for the Parish of Orleans.**

**No. 50375.**

Feb. 13, 1970.

In re: Maryland National Insurance Company applying for writs of certiorari, prohibition and mandamus.

Writ refused. There is no error of law in the ruling complained of.

230 So.2d 834

**Edwin B. DUNCAN, d/b/a E. B. Duncan Drilling Contractor**

v.

**G. Wray GILL et al.**

**No. 50252.**

Feb. 23, 1970.

In re: G. Wray Gill applying for certiorari or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. *227 So.2d 376.*

Writ denied. On the facts found, we find no error of law in the judgment complained of.

230 So.2d 834

**Edwin B. DUNCAN, d/b/a E. B. Duncan Drilling Contractor**

v.

**G. Wray GILL et al.**

**No. 50253.**

Feb. 23, 1970.

In re: Edwin B. Duncan, d/b/a E. B. Duncan Drilling Contractor applying for